JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Erik Forest Basye

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-00365 AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| ERIC FOREST BASYE, | |
| Defendant. | |

On October 22, 2012, the Court set conditions of pretrial release for defendant Erik Basye. At that time the Court ordered, as condition No. 7, that Basye be released to the third party custody of WestCare California, Inc. The Court further ordered, as part of condition 8(c), that Basye shall:

> Reside at and participate in WestCare's inpatient substance abuse treatment program as directed by program staff and Pretrial Services, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO

Mr. Basye has nearly completed the WestCare inpatient substance abuse treatment program and he is scheduled to exit WestCare California, Inc., on January 18, 2013.

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between plaintiff, United States of America, through its attorney, Assistant U.S. Attorney Karen A. Escobar, and defendant, Erik Forest Basye, through his attorney, Assistant Federal Defender Eric V. Kersten, that condition 7 and the portion of condition 8(c) set forth above may be stricken from Mr. Basye's conditions of pretrial release.

**IT IS FURTHER STIPULATED** that Basye's conditions of pretrial release may be modified as follows:

    1) Defendant shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

    2) defendant shall participate in a cognitive behavioral treatment program, as directed by the Pretrial Services officer. Such program may include group sessions led by a counselor or participation in a program administered by the Pretrial Services officer.

    3) All other previously ordered conditions of pretrial supervision will remain in full force and effect.

Pretrial Services Officer Dan Stark has reviewed the proposed stipulation and approves this request.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 17, 2013     By: /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: January 17, 2013     By: /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Erik Forest Basye

**O R D E R**

IT IS SO ORDERED.

Dated:  **January 17, 2013**          /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE

Basye: Stipulation to Modify
Conditions of Pretrial Release                2