# United States District Court

## EASTERN DISTRICT OF CALIFORNIA



MAR 15 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** ) | |
| **vs.** ) | **Case No. 1:12-CR-00365-AWI-BAM-1** |
| **Erik Forest Basye** ) | |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ Erik Forest Basye _____, have discussed with _____ Dan Stark _____, Pretrial Services Officer, modifications of my release conditions as follows:

To vacate the following condition: The defendant shall undergo mental health treatment;

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3-12-13  
Signature of Defendant        Date

_____  03/12/2013  
Pretrial Services Officer     Date

I have reviewed the conditions and concur that this modification is appropriate.

_Karen Escobar_  
Signature of Assistant United States Attorney

3/14/13  
Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  
Signature of Defense Counsel

3/12/2013  
Date

## ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on 3/15/13  
[ ] The above modification of conditions of release is *not* ordered.

_____  
Signature of Judicial Officer

3/15/13  
Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services