HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Erik Forest Basye

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 1:12-cr-00365 AWI |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE SENTENCING |
| vs. | ) AND  ORDER THEREON |
| | ) |
| ERIK FOREST BASYE, | ) Date:   February 10, 2014 |
| | ) Time:   10:00 a.m. |
| Defendant. | ) Judge:  Hon. Anthony W. Ishii |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,  KAREN A. ESCOBAR, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Erik Forest Basye, that the date for sentencing may be continued to February 10, 2014, or the soonest date thereafter that is convenient to the court**. The date currently set for sentencing is January 13, 2014.  The requested new date is February 10, 2014.**

Mr. Basye pled guilty pursuant to a plea agreement that was filed under seal.  However, a copy of the agreement was not provided to probation, and probation was not aware of the agreement.  Consequently, the Advisory Guideline Pre-sentence Investigation Report (PSR) was prepared under the mistaken belief that there was no agreement.  This continuance is requested to allow time for the preparation of a revised PSR that considers the agreement of the parties.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED:  January 7, 2014          By:     /s/ *Karen A. Escobar*
                                         KAREN A. ESCOBAR
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED:  January 7, 2014          By:     /s/ *Eric V. Kersten*
                                         ERIC V. KERSTEN
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         Erik Forest Basye

O R D E R

IT IS SO ORDERED. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   January 8, 2014                    _____
                                            SENIOR  DISTRICT  JUDGE